**Criminal Case Cover Sheet**             **U.S. District Court**

**Place of Offense:**
City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**
Superseding Indictment _____ Docket Number _06-00046_
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No _X_    Matter to be sealed: ____ Yes _x_ No

Defendant Name _____JODY HEFLIN_____

Alias Name _____

Address _____

_____Piti, Guam_____

Birthdate _Xx/xx/1973_ SS# _xxx-xx-6550_ Sex _F_ Race _C_ Nationality _Caucasion_

**U.S. Attorney Information:**

AUSA _____Ryan Anderson_____

Interpreter: _X_ No ___ Yes    List language and/or dialect: _____

**RECEIVED OCT 13 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __2__     ____ Petty _X_ Misdemeanor ____ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 18 USC 7(3) & 13 | Driving Under the Influence of Alcohol (BAC) | 1 |
| Set 2 18 USC 7(3) & 13 | Driving Under the Influence of Alcohol | 2 |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: _13OCT06_    Signature of AUSA: _[signature]_