jodyheflinsumm

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
OCT 1 2 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

UNITED STATES OF AMERICA,                )   Criminal ~~MAGISTRATE~~ CASE NO. 06-00046
                                         )
                    Plaintiff,           )
                                         )   **UNITED STATES' REQUEST**
           vs.                           )   **FOR ISSUANCE OF SUMMONS**
                                         )
JODY HEFLIN,                             )
                                         )
                    Defendant.           )

Comes now the United States of America and requests this Honorable Court issue a summons for defendant, JODY HEFLIN, based on an Information filed charging the defendant with Driving Under the Influence of Alcohol (BAC), in violation to Title 18, United States Code, Sections 7(3) and 13, 16 GCA § 18102(b) and Driving Under the Influence of Alochol, in violation of Title 18, United States Code, Sections 7(3) and 13, 16 GCA § 18102(a).

Respectfully submitted this 12th day of October 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
RYAN M. ANDERSON
Special Assistant U.S. Attorney

Case 1:06-cr-00046   Document 2   Filed 10/12/2006   Page 1 of 1