# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## INITIAL APPEARANCE

CASE NO.: CR-06-00046　　　　　　　　　　DATE: October 25, 2006

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 11:10:35 - 11:13:52
CSO: N. Edrosa

---

**APPEARANCES:**
Defendant: Jody Heflin　　　　　　　　Attorney: Richard Arens
DEFENDANT NOT PRESENT　　　　　　☑ Present ☐ Retained ☑ FPD ☐ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.

U.S. Attorney: Ryan Anderson　　　　　U.S. Agent:
U.S. Probation: Carleen Borja　　　　　U.S. Marshal: None Present
Interpreter:　　　　　　　　　　　　　Language:

---

**PROCEEDINGS:** Initial Appearance re Information and Arraignment
- Mr. Arens advised the Court that the defendant is living in California and parties stipulated to a continuance.
- The Court granted the request and continued the matter to: November 8, 2006 at 9:00 a.m.
- The Court appointed the Federal Public Defender to represent the defendant.

NOTES: