# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00046　　　　　　　　　　DATE: November 08, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 2:34:56 - 2:39:43
CSO: D. Quinata

**APPEARANCES:**

Defendant: Jody Heflin　　　　　　　　　　Attorney: Richard Arens
DEFENDANT NOT PRESENT　　　　　　　　☒ Present ☐ Retained ☒ FPD ☐ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.

U.S. Attorney: Ryan Anderson　　　　　　U.S. Agent:
U.S. Probation: Stephen Guilliot　　　　　U.S. Marshal: None Present
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Continued Initial Appearance and Arraignment**
- Parties informed the Court that an agreement has been reached regarding final disposition of the case.
- Defense counsel requested a further continuance to allow him the opportunity to send documents to his client. Granted.
- Continued Initial Appearance and Arraignment set for: <u>11/29/2006 at 10:00 a.m.</u>

NOTES: