**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
INITIAL APPEARANCE**

| | |
|---|---|
| CASE NO.: CR-06-00046 | DATE: November 29, 2006 |

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori          Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore     Electronically Recorded: 10:05:40 - 10:07:28
CSO: B. Pereda / J. Lizama

**APPEARANCES:**

Defendant: Jody Heflin                                    Attorney: Richard Arens
DEFENDANT NOT PRESENT                        ☑ Present ☐ Retained ☑ FPD ☐ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.

U.S. Attorney: Ryan Anderson                    U.S. Agent:
U.S. Probation: Carmen O'Mallan              U.S. Marshal: None Present
Interpreter:                                                   Language:

**PROCEEDINGS: Continued Initial Appearance and Arraignment**
- Mr. Arens stated that he has received a facsimile copy of the plea agreement and consent form from his client. He further stated that the originals are being sent via Federal Express.
- Proceedings continued to: December 7, 2006 at 1:30 P.M.

NOTES: