# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00046 DATE: December 07, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori        Court Reporter: None Present
Courtroom Deputy: Leilani Toves Hernandez        Electronically Recorded: 1:41:29 - 1:49:26
CSO: B. Pereda

**APPEARANCES:**

Defendant: Jody Heflin - presence waived        Attorney: Richard Arens
DEFENDANT NOT PRESENT        ☑ Present ☐ Retained ☑ FPD ☐ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.

U.S. Attorney: Ryan Anderson        U.S. Agent:
U.S. Probation: Carleen Borja        U.S. Marshal: None Present
Interpreter:        Language:

**PROCEEDINGS: Continued Initial Appearance and Arraignment**
- Defendant waived her presence and entered a plea of guilty through her attorney in MJ-06-00029.
- Government moved to dismiss this case. No objections by defense.
- Accordingly, the Court Granted the motion.

NOTES: