LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00046 |
| Plaintiff. | |
| vs. | **ORDER**<br>re: United States Motion to<br>Dismiss Information |
| JODY HEFLIN, | |
| Defendant. | |

The United States' Motion to Dismiss the Information, as to defendant JODY HEFLIN, is hereby granted.

**SO ORDERED** this 11th day of December 2006.

FRANCES TYDINGCO-GATEWOOD
Chief Judge
District Court of Guam

ORIGINAL